FILED
14-0928
1/28/2015 2:27:19 PM
tex-3933724
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# JOHNS MARRS ELLIS & HODGE LLP

805 West 10th Street, Suite 400          (512) 215-4078
Austin, Texas 78701                      (512) 628-7169 fax
                                         cjohns@jmehlaw.com

January 28, 2015

Blake A. Hawthorne
Clerk of the Supreme Court of Texas
Supreme Court Building
Austin, Texas 78701

Via electronic filing

Re:     *Anglo-Dutch Petroleum International, Inc. and Anglo-Dutch (Tenge), LLC v. Case Funding Network, LLP et al.*, Case No. 14-0928 in the Supreme Court of Texas

Dear Mr. Hawthorne,

This letter serves as notice that Petitioners Anglo-Dutch International, Inc. and Anglo-Dutch (Tenge), LLC intend to file a reply to Case Funding Network, LLP's Response to Petition for Review in the above-referenced matter on or before Wednesday, February 4, 2015.

Respectfully submitted,

Christopher S. Johns

cc:     William Fred Hagans, Esq.
        Scott G. Burdine, Esq.
        Carl D. Kulhanek, Jr., Esq.
        HAGANS BURDINE MONTGOMERY & RUSTAY, P.C.
        3200 Travis, Fourth Floor
        Houston, Texas 77006